UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YUN PING HE,

        Petitioner,

    v.

FERETI SEMAIA, Warden of
Adelanto ICE Processing Center, et al.,

        Respondents.

Case No. 5:26-cv-00368-JWH (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

1

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1.      The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.      Judgment shall be entered:

a.      declaring that the detention of Petitioner Yun Ping He on November 7, 2025, violated federal law and the Due Process Clause of the Fifth Amendment of the United States Constitution; and

b.      enjoining Respondents and their officers, agents, employees, attorneys and persons acting on his behalf in concert or in participation with him, from:

i.      redetaining He without notice and a predetention hearing before a neutral arbiter at which the government bears the burden of proving that He is a flight risk or danger to the community either because He has violated a term of his release or because his deportation to China is imminent and the necessary documents from China have issued and are in the possession of the United States Immigration and Customs Enforcement ("ICE"); and

ii.    removing He to any country other than China without appropriate notice and an opportunity to be heard in accordance with the applicable ICE regulations.

**IT IS SO ORDERED.**

Dated: May 11, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE