JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN PING HE, | Case No. 5:26-cv-00368-JWH (DTB) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, Warden of Adelanto ICE Processing Center, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The detention of Petitioner Yun Ping He on November 7, 2025, violated federal law and the Due Process Clause of the Fifth Amendment of the United States Constitution.

2.    Respondents and their officers, agents, employees, attorneys and persons acting on his behalf in concert or in participation with him are **ENJOINED** from:

a.    redetaining He without notice and a predetention hearing before a neutral arbiter at which the government bears the burden of proving that He is a flight risk or danger to the community either because He has violated a term of his release or because his deportation to China is imminent and the necessary documents from China have issued and are in the possession of the United States Immigration and Customs Enforcement ("ICE"); and

b.    removing He to any country other than China without appropriate notice and an opportunity to be heard in accordance with the applicable ICE regulations.

**IT IS SO ORDERED.**



Dated: May 11, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2